IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TENNESSEE CLEAN WATER NETWORK and TENNESSEE SCENIC RIVERS ASSOCIATION, <br><br> Plaintiffs, <br><br> v. <br><br> TENNESSEE VALLEY AUTHORITY, <br><br> Defendant. | No. 3:15-cv-00424 <br><br> Judge Haynes <br><br> Magistrate Judge Griffin |

## DECLARATION OF DELTA ANNE DAVIS IN OPPOSITION TO DEFENDANT, TENNESSEE VALLEY AUTHORITY'S MOTION TO DISMISS

I, Delta Anne Davis, being first duly sworn, do hereby state and affirm as follows:

1. I am an attorney with the Southern Environmental Law Center, counsel for Plaintiff Tennessee Scenic Rivers Association in the above matter. I make this declaration in opposition to Defendant, Tennessee Valley Authority's Motion to Dismiss. All facts and statements in this document are within my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the State of Tennessee's Response to Motion to Intervene as a Matter of Right by Tennessee Scenic Rivers Association and Tennessee Clean Water Network, filed in the Chancery Court for the State of Tennessee, Twentieth Judicial District, Davidson County, Case No. 15-23-II (the "State Action") (now Case No. 15-23-IV), on February 10, 2015, and obtained from the State of Tennessee Office of the Attorney General.

3. Attached hereto as Exhibit 2 are a true and correct copies of the Informal Requests for Documents concerning the State Action submitted by the State of Tennessee to the

1

Southern Environmental Law Center on May 21, 2015 and to the Tennessee Valley Authority on April 21, 2015, obtained from the State of Tennessee Office of the Attorney General.

    4.      Attached hereto as Exhibit 3 is a true and correct copy of a letter from Elizabeth Alexander, Southern Environmental Law Center, to Emily Vann, State of Tennessee Office of the Attorney General, dated May 19, 2015, obtained from Ms. Alexander.

    5.      Attached hereto as Exhibit 4 is a true and correct copy of a letter from Emily Vann, State of Tennessee Office of the Attorney General, to Elizabeth Alexander, Southern Environmental Law Center, dated May 21, 2015, obtained from the State of Tennessee Office of the Attorney General.

    6.      Attached hereto as Exhibit 5 is a true and correct copy of the Case Summary for the State Action, obtained from the official website of the Chancery Court for the State of Tennessee, Twentieth Judicial District, Davidson County (http://www.nashvillechancerycia.org/CaseDetail.aspx?CaseiD=68071) on July 13, 2015.

    7.      Attached hereto as Exhibit 6 is a true and correct copy of the application to renew National Pollutant Discharge Elimination System Permit No. TN for the Gallatin Fossil Plant submitted by the Tennessee Valley Authority to the Tennessee Department of Environment and Conservation on May 27, 2009, obtained from the Tennessee Department of Environment and Conservation.

I declare under penalty of perjury that the foregoing is true and correct.

s/ Delta Anne Davis
DELTA ANNE DAVIS
July 14, 2015

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing DECLARATION OF DELTA ANNE DAVIS IN OPPOSITION TO DEFENDANT, TENNESSEE VALLEY AUTHORITY'S MOTION TO DISMISS and Exhibits 1-6 thereto were filed electronically on July 14, 2015, through the Court's Electronic Filing System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                s/ Delta Anne Davis\_\_\_\_
                                                DELTA ANNE DAVIS

3

Case 3:15-cv-00424    Document 18    Filed 07/14/15    Page 3 of 3 PageID #: 570