UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TENNESSEE CLEAN WATER NETWORK,
and TENNESSEE SCENIC RIVERS
ASSOCIATION,
Plaintiffs,

v.   No. 3:15-cv-00424
     Judge Haynes
TENNESSEE VALLEY AUTHORITY,   Magistrate Judge Holmes
Defendant.

### TVA'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO ALL OF PLAINTIFFS' CLAIMS REGARDING SEEPS

Pursuant to Federal Rule of Civil Procedure 12(c) and Local Rule 7.01, Tennessee Valley Authority ("TVA") moves the Court for judgment on the pleadings as to all of Plaintiffs' claims regarding seeps in this Clean Water Act ("CWA") citizen suit on the grounds that (1) seeps to the surface water and to groundwater were contemplated by TVA's CWA regulator, Tennessee Department of Environmental and Conservation ("TDEC"), in 2012 when TDEC reissued National Pollutant Discharge Elimination System Permit No. TN0005428 to Gallatin Fossil Plant, and TDEC made regulatory judgments about the seeps in issuing the permit; (2) a CWA citizen suit against TVA may not be used to attack the regulatory judgments about seeps made by TDEC in issuing the permit; and (3) the Complaint alleges that seeps have occurred and will continue to occur, but it does not allege that seeps are beyond TDEC's reasonable contemplation at the time TDEC made its regulatory judgments and issued the permit in 2012.

Accordingly, all of Plaintiffs' citizen suit claims about discharges of pollutants through seeps should be dismissed because they are barred both by the CWA's permit shield and because

1

the claims are an impermissible collateral attack on TDEC's regulatory judgments made in the course of issuing a valid permit.[1]

          Respectfully submitted,

          *s/David D. Ayliffe*
          Edwin W. Small (BPR 012347)
          Deputy General Counsel
          Maria V. Gillen (BPR 030655)
          David D. Ayliffe (BPR 024297)
          TVA GENERAL COUNSEL'S OFFICE
          400 West Summit Hill Drive
          Knoxville, Tennessee 37902-1401
          Telephone 865.632.8964
          ddayliffe@tva.gov

34754313

---

[1] Plaintiffs' Claim B (Compl., Doc. 1 at PageID 43-46) is not a seeps claim and is the subject of a pending motion to dismiss (Doc. 12).

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

                *s/David D. Ayliffe*
                Attorney for Tennessee Valley Authority