```
 1           IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
 2   _____

 3

 4   TENNESSEE CLEAN WATER NETWORK
     AND TENNESSEE SCENIC RIVERS
 5   ASSOCIATION,

 6              Plaintiffs,

 7   vs.                         Case No. 3:15-CV-00424

 8   TENNESSEE VALLEY AUTHORITY

 9              Defendant.

10

11   _____

12

13
                Videotaped Deposition of:
14
                JOHN KAMMEYER
15
                Taken on behalf of the Plaintiffs
16
                April 20, 2016 at 10:18 A.M.
17

18
     _____
19

20

21

22

23

24

25
```

**Vowell, Jennings & Huseby**      www.vowelljennings.com
214 2nd Ave., Suite 207, Nashville, TN 37201      (800) 641-9390
Case 3:15-cv-00424   Document 101-3   Filed 06/14/16   Page 1 of 12 PageID #: 3623

```
 1                A P P E A R A N C E S

 2
     For the Plaintiffs:
 3
                MS. ELIZABETH A. ALEXANDER
 4              MS. ANNE PASSINO
                Attorneys at Law
 5              Southern Environmental Law Center
                2 Victory Avenue
 6              Suite 500
                Nashville, TN  37213
 7              615-921-9470

 8

 9   For the Defendant:

10              MR. DAVID D. AYLIFFE
                Attorney at Law
11              Tennessee Valley Authority
                Office of General Counsel
12              400 West Summit Hill Drive
                Knoxville, Tennessee  37902
13              865.632.4528

14
     Also Present:
15
                Tim Prairie, Videographer
16

17

18

19

20

21

22

23

24

25
```

Vowell, Jennings & Huseby          www.vowelljennings.com
214 2nd Ave., Suite 207, Nashville, TN 37201          (800) 641-9390
Case 3:15-cv-00424   Document 101-3   Filed 06/14/16   Page 2 of 12 PageID #: 3624

1

2

                   I N D E X

3

                                                  PAGE

4

Witness: JOHN KAMMEYER
Examination By Ms. Alexander             5

5

6

                  E X H I B I T S

7

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 19 | Bore Report | 97 |
| Exhibit 20 | Stantec Memo | 111 |
| Exhibit 21 | Website Article from The Tennessean Newspaper | 114 |
| Exhibit 22 | Gallatin Fossil Plant Coal Combustion Products Disposal Facilities | 120 |
| Exhibit 23 | Gabe Lang Report | 125 |
| Exhibit 24 | Discharge Monitoring Report | 132 |
| Exhibit 25 | Notice of Deposition | 135 |

Vowell, Jennings & Huseby    www.vowelljennings.com
214 2nd Ave., Suite 207, Nashville, TN 37201    (800) 641-9390
Case 3:15-cv-00424   Document 101-3   Filed 06/14/16   Page 3 of 12 PageID #: 3625

```
 1           S T I P U L A T I O N S
 2
 3       The deposition of JOHN KAMMEYER was taken by
 4   counsel for the Plaintiffs, by Notice, at the offices
 5   of Tennessee Valley Authority, 1101 Market Street,
 6   Chattanooga, Tennessee, on April 20, 2016, for all
 7   purposes under the Tennessee Rules of Civil
 8   Procedure.
 9       All formalities as to caption, notice, statement
10   of appearance, et cetera, are waived.  All
11   objections, except as to the form of the question,
12   are reserved to the hearing, and that
13   said deposition may be read and used in evidence in
14   said cause of action in any trial thereon or any
15   proceeding herein.
16       It is agreed that DEADRA D. RAGSDALE, LCR,
17   Notary Public, and Licensed Court Reporter for
18   the State of Tennessee, may swear the witness, and
19   that the reading and signing of the completed
20   deposition by the witness are not waived.
21
22
23
24
25
```

Vowell, Jennings & Huseby   www.vowelljennings.com
214 2nd Ave., Suite 207, Nashville, TN 37201   (800) 641-9390
Case 3:15-cv-00424   Document 101-3   Filed 06/14/16   Page 4 of 12 PageID #: 3626

1  interrogatories that were propounded in this case?
2  A.    No.  No.  My staff does that.  I sit in on
3  meetings, but I don't participate in actual
4  preparation of those responses.
5  Q.    Well, I understand you don't type them
6  yourself.  But do you -- did you have input into the
7  answers that were provided?
8  A.    Not that I can remember.
9  Q.    Who on your staff is delegated to do that
10 kind of work?
11 A.    Oh.  It's a large staff.  I have 185 people
12 working for me.
13 Q.    Well, you don't delegate it all -- those
14 types of tasks to all of those 185 people?
15 A.    No.  My direct reports, Katherine Ash, in
16 project management; Scott Turnbow, for engineering;
17 Ellen Cassidy, for construction.  Below them, their
18 representatives.  For project management reporting
19 to Katherine is Michael Clemmons.  Reporting to
20 Scott Turnbow is Rachel Combs.  Reporting to Ellen
21 Cassidy, it's Dana Williams.
22 Q.    Okay.  Were you ever provided with a
23 document that you were told is a litigation hold
24 document?
25 A.    Yes, I've seen that.  It's actually -- it's

Vowell, Jennings & Huseby    www.vowelljennings.com
214 2nd Ave., Suite 207, Nashville, TN 37201    (800) 641-9390
Case 3:15-cv-00424   Document 101-3   Filed 06/14/16   Page 5 of 12 PageID #: 3627

```
 1   repeated periodically, as I've seen a number of
 2   those --
 3   Q.     Okay.
 4   A.     -- litigation holds to retain all
 5   information.
 6   Q.     And what have you --
 7   A.     So I abide by it.
 8   Q.     What have you done to comply with the
 9   litigation hold letter?
10   A.     I file that.  Anything that is relevant, I
11   put that in my electronic file.  And what TVA will
12   do is eventually the lawyer will come and purge my
13   file and take all that and copy it and compare it to
14   everybody else's.  I don't create documents.  I
15   don't have anything original.  But I do keep a file.
16   Q.     Why don't you create documents?
17   A.     I'm -- my -- that's not my role.
18   Q.     Okay.
19   A.     As the vice president, I'm not the one who
20   generates these things.  I -- I lead, set
21   strategy --
22   Q.     Do --
23   A.     -- and manage my people.
24   Q.     Do you use e-mail?
25   A.     Yes.
```

Vowell, Jennings & Huseby                    www.vowelljennings.com
214 2nd Ave., Suite 207, Nashville, TN 37201
(800) 641-9390
Case 3:15-cv-00424   Document 101-3   Filed 06/14/16   Page 6 of 12 PageID #: 3628

```
 1   Q.      Do you have e-mail groups?
 2   A.      No.
 3   Q.      Do you use e-mail on a regular basis --
 4   A.      Yes.
 5   Q.      -- on a daily basis?
 6   A.      Yes.
 7   Q.      Okay.  And have you set aside e-mails that
 8   are relevant to this case in your electronic file?
 9               MR. AYLIFFE:  Object to the form.
10   You can answer.
11               THE WITNESS:  Similar to the
12   paperwork, I don't generate those things.  I respond
13   to.
14   BY MS. ALEXANDER:
15   Q.      You don't ever send an e-mail?
16   A.      No.  I respond to e-mails.  So, yes.  And
17   those responses are all maintained.  But I don't
18   generate.  I get input and I respond to that input.
19   Q.      So you never prepare an e-mail and send it
20   to somebody if you --
21               MR. AYLIFFE:  Object -- object to the
22   form.  You can --
23   BY MS. ALEXANDER:
24   Q.      -- if you want to communicate with them?
25               MR. AYLIFFE:  You can answer.
```

 1                  THE WITNESS:  I can't -- I'm sure
 2    that it's happened, but I can't think of a time in
 3    the Gallatin case where I have started from a blank
 4    e-mail and -- and wrote something down and said,
 5    Here.  It just doesn't work that way.
 6    BY MS. ALEXANDER:
 7    Q.      Okay.  So you've received e-mails that are
 8    potentially relevant to this case, and you've set
 9    them aside in an electronic file?
10    A.      Responded to them --
11                  MR. AYLIFFE:  Object to the form.
12    You can answer.
13                  THE WITNESS:  Responded to them and,
14    therefore, they are in the system.  My response
15    included, is in the system.
16    BY MS. ALEXANDER:
17    Q.      And what system are they in?
18    A.      In the TVA system, and all those things are
19    retained.
20    Q.      Okay.  Do you set them aside in a separate
21    e-mail file?
22    A.      Do I?  No.
23    Q.      Okay.  So they're not retained in any
24    fashion, other than the fact that they've been
25    created in the TVA system, is that right?

Vowell, Jennings & Huseby                    www.vowelljennings.com
214 2nd Ave., Suite 207, Nashville, TN 37201
(800) 641-9390
Case 3:15-cv-00424  Document 101-3  Filed 06/14/16  Page 8 of 12 PageID #: 3630

```
 1                    MR. AYLIFFE:  Object to the form.
 2   You can answer, if you know.
 3                    THE WITNESS:  They are retained by
 4   the initiator and retained by -- in the TVA system.
 5   I do not retain them, no.
 6   BY MS. ALEXANDER:
 7   Q.      Okay.  What do you do with your e-mails when
 8   you get them?
 9   A.      Make a choice of filing them, responding to
10   them, or discarding them.  I make that decision the
11   first time I read it, and I implement that policy,
12   and then I'm done with it.  I don't hang on to
13   e-mails.
14   Q.      Did you understand that if you received
15   e-mails that were relevant to this lawsuit, that you
16   were expected to retain them?
17                    MR. AYLIFFE:  Object to the form.
18   You can answer.
19                    THE WITNESS:  TVA retains that.  It's
20   in the system.  So that's how I fulfilled that
21   requirement.
22   BY MS. ALEXANDER:
23   Q.      Okay. You don't separately retain anything
24   for --
25   A.      If I find it factually important, I may want
```

Vowell, Jennings & Huseby                    www.vowelljennings.com
214 2nd Ave., Suite 207, Nashville, TN 37201    (800) 641-9390
Case 3:15-cv-00424   Document 101-3   Filed 06/14/16   Page 9 of 12 PageID #: 3631

```
 1  to retain it, then I will file it.  I do make that
 2  determination.  I would file it, discard it, or
 3  forward it for action, and respond to it.
 4  Q.      Okay.  But to be clear, you haven't
 5  specifically retained e-mails relevant to this
 6  litigation because the litigation is pending?
 7                MR. AYLIFFE:  Object to the form.
 8  You can answer.
 9                THE WITNESS:  I count on the TVA
10  system to maintain those.  I don't keep a separate
11  file.  And I don't -- if I were to create something,
12  I would.  And if I get documents that come to me
13  specifically for the case, then I retain those.  But
14  passing back and forth e-mails that I'm on a general
15  distribution for and not the creator, I don't keep
16  it in a separate file, routinely, unless it's
17  something I think is factually important that I
18  remember it.
19  BY MS. ALEXANDER:
20  Q.      Okay.  I understand that you might keep
21  e-mails that you find factually important.  But you
22  don't keep them whether they are factually important
23  to you or not just because they are relevant to the
24  subject matter of this litigation?
25  A.      I rely on the system --
```

Vowell, Jennings & Huseby                 www.vowelljennings.com
214 2nd Ave., Suite 207, Nashville, TN 37201      (800) 641-9390
Case 3:15-cv-00424   Document 101-3   Filed 06/14/16   Page 10 of 12 PageID #: 3632

```
 1                 MR. AYLIFFE:  Object to the form.
 2   You can answer.
 3                 THE WITNESS:  I rely on the system to
 4   do that.  They're just --
 5   BY MS. ALEXANDER:
 6   Q.      Okay.  So you don't do it?
 7   A.      No, I do not.
 8   Q.      Okay.  And do you know what TVA's document
 9   retention policy is with respect to e-mails?
10   A.      I know they keep everything.  I don't know
11   the duration or I don't know the specifics on that.
12   I do know they keep them.
13   Q.      Has anyone ever instructed you that you
14   should be retaining e-mails that are relevant to the
15   subject matter of this litigation?
16                 MR. AYLIFFE:  Object to the form.
17   You can answer.
18                 THE WITNESS:  No.  Maybe in that memo
19   that comes out.  Again, I'm -- on the e-mails, I'm
20   relying on the TVA system to retain that.  That's my
21   interpretation.
22   BY MS. ALEXANDER:
23   Q.      Okay.  What is your title at TVA?
24   A.      Vice president, civil projects; CCP
25   management; and equipment support services.
```

Vowell, Jennings & Huseby                www.vowelljennings.com
214 2nd Ave., Suite 207, Nashville, TN 37201       (800) 641-9390
Case 3:15-cv-00424   Document 101-3   Filed 06/14/16   Page 11 of 12 PageID #: 3633

```
 1                REPORTER'S CERTIFICATION

 2    STATE OF TENNESSEE  )

 3    COUNTY OF HAMILTON  )

 4
              I, DEADRA D. RAGSDALE, LCR, licensed court
 5    reporter and notary public, in and for the State of
      Tennessee, do hereby certify that the above
 6    examination under oath was reported by me and that
      the foregoing pages of the transcript is a true and
 7    accurate record to the best of my knowledge, skills,
      and ability.
 8
              I further certify that I am not related to
 9    nor an employee of counsel or any of the parties to
      the action, nor am I in any way financially
10    interested in the outcome of this case.

11            I further certify that in order for this
      document to be considered a true and correct copy,
12    it must bear my original signature, and that any
      unauthorized reproduction in whole or in part and/or
13    transfer of this document is not authorized, will
      not be considered authentic, and will be in
14    violation of Tennessee Code Annotated 39-14-104,
      Theft of Services.
15
              I further certify that I am duly licensed
16    by the Tennessee Board of Court Reporting as a
      Licensed Court Reporter as evidenced by the LCR
17    number and expiration date following my name below.

18            In witness whereof, I have hereunto set my
      hand and affixed my notarial seal.
19

20            [signature: Deadra D. Ragsdale]

21

22    _____

23    DEADRA D. RAGSDALE, CCR, LCR #278
      Expiration Date 6/30/2016
24    Notary Public Commission Expires: 8/7/2016

25
```

Vowell, Jennings & Huseby     www.vowelljennings.com
214 2nd Ave., Suite 207, Nashville, TN 37201     (800) 641-9390
Case 3:15-cv-00424   Document 101-3   Filed 06/14/16   Page 12 of 12 PageID #: 3634