# SOUTHERN ENVIRONMENTAL LAW CENTER

Telephone 615-921-9470          2 VICTORY AVENUE SOUTH, SUITE 500          Facsimile 615-921-8011
                                 NASHVILLE, TN 37213

May 13, 2016

**VIA ELECTRONIC MAIL AND U.S. MAIL**

David D. Ayliffe (by email to ddayliffe@tva.gov)
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401

    Re:    *Tennessee Clean Water Network and Tennessee Scenic Rivers Association v. Tennessee Valley Authority,* Case No. 3:15-cv-00424; *State of Tennessee v. Tennessee Valley Authority*, Case No. 15-23-IV (Davidson County Chancery Court)'

Dear David:

    This letter is in response to your May 4, 2016 letter regarding TVA's failure to produce certain documents responsive to Conservation Groups' Requests for Production of Documents. TVA responded to our letter of May 2, 2016, requesting TVA produce specific documents ("TVA, 1971," and documents related to dye tracer studies, velocity studies, and thermal mapping conducted in 1970) by listing documents that it had previously produced. We have reviewed each of those documents listed by TVA. Several of them were duplicates and none are the documents requested in the May 2, 2016 letter.

    Your letter indicated that TVA had difficulty finding the documents at issue because of their age. In light of the fact that TVA has had a great deal of success in locating documents filed in support its dispositive motions that are significantly older than 1970, we remain hopeful that TVA will locate the requested documents and produce them promptly and that we can avoid involving the Court in this matter.

    Feel free to contact me if you have any questions.

                                                           Sincerely,

                                                          Elizabeth A. Alexander

cc:    Counsel of Record