

**Tennessee Valley Authority**, 400 West Summit Hill Drive, Knoxville, Tennessee 37902-1401

May 17, 2016

Emily B. Vann, Esq. (By email to Emily.Vann@ag.tn.gov)
Assistant Attorney General
Environmental Division
Office of the Attorney General & Reporter
P.O. Box 20207
Nashville, Tennessee 37202

Beth A. Alexander, Esq. (By email to balexander@selctn.org)
Southern Environmental Law Center
The Bridge Building
2 Victory Avenue, Suite 500
Nashville, Tennessee 37213

Re: *State of Tennessee v. Tennessee Valley Authority*, Case No. 15-23-IV (Davidson County Chancery Court)

Dear Emily and Beth:

This production letter accompanies TVA's tenth production (PROD_10) containing non-privileged documents (Bates numbers TVGF_107370 -TVGF_107536) which appear responsive to the State's April 21, 2015 Informal Request for Documents/Information and to Plaintiff-Intervenors' May 19, 2015 First Set of Interrogatories and Requests for the Production of Documents ("Requests"). The documents which comprise PROD_10 are being produced by email.

The e-mails transmitting the produced documents are titled to correspond generally to the enumerated paragraphs/categories set forth in the State's April 21, 2015 Requests. This production is subject to the same reservations and technical processing steps set forth in the June 9, 2015 letter accompanying TVA's first document production (PROD_01) and incorporates by reference, as if fully set forth herein, all objections and reservations of rights contained in TVA's June 22, 2015 responses to Plaintiff-Intervenors' discovery requests.

Finally, TVA recognizes that, as with any document production, questions or difficulties sometimes arise, such as poor image quality or documents which may appear out of sequence. TVA will use its best efforts to resolve any such issues and is amenable to discussing other formatting issues as they may arise.

If you have any questions or comments concerning the matters addressed herein, please let me know.

Emily B. Vann, Esq.
Beth A. Alexander, Esq.
Page 2
May 17, 2016

Sincerely,

David D. Ayliffe, Esq.
Senior Attorney
Telephone    865.632.8964
Email    ddayliffe@tva.gov