IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE CLEAN WATER NETWORK and TENNESSEE SCENIC RIVERS ASSOCIATION, | ) ) ) ) | No. 3:15-cv-00424 |
| Plaintiffs, | ) ) | Judge Waverly Crenshaw |
| v. | ) ) | Magistrate Judge Holmes |
| TENNESSEE VALLEY AUTHORITY, | ) ) | |
| Defendant. | ) | |

## CONSERVATION GROUPS' WITNESS LIST

Pursuant to the Court's October 20, 2016, Order (Dkt. 142), Tennessee Clean Water Network and Tennessee Scenic Rivers Association submit this list of individuals they may call or will call to testify in the trial of this matter. This list does not include witnesses that will be called or may be called solely for impeachment in accordance with Fed. R. Civ. P. 26(a)(3). Conservation Groups intend to call as live witnesses all but the individual indicated with an asterisk, whom they intend to present by deposition.[1]

Pursuant to Rules 702, 703, 704 and 705 of the Federal Rules of Evidence, Conservation Groups identify the following witnesses who are providing direct written testimony pursuant to Local Rule 39.01 (filed contemporaneously herewith) and who Conservation Groups expect to present at trial, *see* Fed. R. Civ. P. 26(a)(3)(A):

1. **Avner Vengosh, PhD**
   Professor of Geochemistry and Water Quality,
   Division of Earth and Ocean Sciences
   Nicholas School of the Environment
   205 Old Chemistry Building; Box 90227
   Duke University

---

[1] On December 9, 2016, Conservation Groups filed an unopposed motion to take the trial deposition of Michelle Haynes, which has not yet been ruled upon. (Dkt. 153).

Durham, NC 27708
Telephones: Office (919) 681-8050; Lab: (919) 681-0638; Fax (919) 684-5833
E-mail: vengosh@duke.edu

2. **Barry Sulkin**
   Environmental Consultant
   4443 Pecan Valley Road
   Nashville, TN 37218,
   Telephone: (615) 255-2079
   Fax: (615) 251-0111
   E-mail: sulkin@hughes.net

3. **A. Dennis Lemly, PhD**
   Research Fisheries Biologist
   U.S. Forest Service and
   Research Association Professor of Biology
   Wake Forrest University
   15 Sapona Road, Lexington, NC 27295
   Telephone: (336) 225-4086
   E-mail: lemlyad@wfu.edu

4. **Chris Groves, PhD, PG**
   Distinguished Professor of Hydrogeology
   Department of Geography and Geology
   Western Kentucky University
   Bowling Green, KY 42101
   Telephone: (270) 745-5974
   E-mail: chris.groves@wku.edu

5. **Mark Quarles**
   Global Environmental, LLC
   P.O. Box 58302
   Nashville, TN 37205
   Telephone: (615) 646-0969

Conservation Groups also expect to call the following fact witnesses and/or witnesses disclosed pursuant to Rules 26(a)(1) and 26(a)(2)(B) of the Federal Rules of Civil Procedure:

6. **Anthony Dolle**[2]
   Member and Board President, Tennessee Clean Water Network
   625 Market St., Knoxville, TN 37902
   Mailing Address: PO BOX 1521, Knoxville, TN 37901
   Telephone: (865) 522-7007

---

[2] The address, e-mail and/or telephone number for Conservation Groups' members are provided for the respective organizations.

Fax: (865) 525-4988

7. **Michelle Haynes** (Tennessee Clean Water Network)*
   Member, Tennessee Clean Water Network
   625 Market St., Knoxville, TN 37902
   Mailing Address: PO BOX 1521, Knoxville, TN 37901
   Telephone: (865) 522-7007
   Fax: (865) 525-4988

8. **Jessica Becket**
   Member, Tennessee Scenic Rivers Association
   P.O. Box 159041
   Nashville, Tennessee 37215-9041
   E-mail: ops@paddletsra.org

9. **Joe Prochaska**
   Member, Tennessee Scenic Rivers Association
   P.O. Box 159041
   Nashville, Tennessee 37215-9041
   E-mail: ops@paddletsra.org

10. **Charlie Wilkerson**
    Member, Tennessee Scenic Rivers Association
    P.O. Box 159041
    Nashville, Tennessee 37215-9041
    E-mail: ops@paddletsra.org

11. **James Woodall**
    Member, Tennessee Scenic Rivers Association
    P.O. Box 159041
    Nashville, Tennessee 37215-9041
    E-mail: ops@paddletsra.org

12. Representatives from the Tennessee Department of Environment and Conservation involved in permitting and compliance activities at Gallatin Fossil Plant, including:

    a. **Vojin Janjić**
       Tennessee Department of Environment and Conservation
       Division of Water Resources
       312 Rosa L. Parks Avenue, 11th Floor
       Nashville, Tennessee 37243
       Telephone: (615) 532-0625

    b. **Britton Dotson**
       Tennessee Department of Environment and Conservation

Division of Water Resources
312 Rosa L. Parks Avenue, 11th Floor
Nashville, Tennessee 37243
(615) 532-0625

c. **Chuck Head**
Senior Advisor
Tennessee Department of Environment and Conservation
Division of Water Resources
312 Rosa L. Parks Avenue, 11th Floor
Nashville, Tennessee 37243
(615) 532-0625

Pursuant to Fed. R. Civ. P. 26(a)(3)(A), Conservation Groups identify the following witnesses it may call if the need arises:

13. **Frank Fiss**
    Tennessee Wildlife Resources Agency
    Ellington Agricultural Center
    Nashville, Tennessee 37204
    Telephone: (615) 781-6598
    Frank.Fiss@tn.gov

14. **Alan Sparkman**
    Tennessee Concrete Association
    705 Fort Negley Court
    Nashville, TN 37203
    asparkman@tnconcrete.org
    Telephone: (615) 975-6696

15. **Dr. Craig E. Philip**
    Vanderbilt Center for Transportation and Operational Resiliency
    Room 277, Jacobs Hall, Vanderbilt University, VU Station B-35 1831
    Nashville, TN 37235-1831
    Telephone: (615)812-0300
    E-mail: craig.e.philip@vanderbilt.edu

16. **Jovian Sackett**
    Senior Geospatial Analyst
    Southern Environmental Law Center
    601 W Rosemary St # 220
    Chapel Hill, NC 27516
    Telephone: (919) 967-1450
    E-mail: jsackett@selcnc.org

17. Any individual appearing on TVA's witness lists.

18. To the extent that TVA refuses to stipulate to the admissibility of a document, Conservation Groups reserve the right to call any officer, employee, or consultant of TVA, the State of Tennessee, or the Southern Environmental Law Center to establish admissibility.

19. Any individuals who may be needed for impeachment or rebuttal purposes.

Respectfully submitted,

s/ Elizabeth A. Alexander
Elizabeth A. Alexander, BPR No. 19273
Delta Anne Davis, BPR No. 010211
Anne E. Passino, BPR No. 027456
SOUTHERN ENVIRONMENTAL LAW CENTER
2 Victory Avenue, Suite 500
Nashville, TN 37213
Telephone: (615) 921-9470
Facsimile: (615) 921-8011
balexander@selctn.org
adavis@selctn.org
apassino@selctn.org

Frank S. Holleman, III, pro hac vice
SOUTHERN ENVIRONMENTAL LAW CENTER
601 West Rosemary Street
Suite 220
Chapel Hill, NC 27516-2356
Telephone: (919) 967-1450
fholleman@selcnc.org

Jonathan M. Gendzier, pro hac vice
SOUTHERN ENVIRONMENTAL LAW CENTER
201 West Main St.
Suite 14
Charlottesville, VA 22902-5065
jgendzier@selcva.org

*Attorneys for Tennessee Scenic Rivers Association*

Shelby R.B. Ward (BPR No. 030394)
Tennessee Clean Water Network
P.O. Box 1521
Knoxville, TB 37901

Telephone: (865) 522-7007
Fax: (865) 525-4988
Shelby@tcwn.org

Gary A. Davis, Esq.
Davis & Whitlock, P.C.
21 Battery Park Avenue, Suite 206
Asheville, NC 28801
Telephone: 828.622.0044
Fax: 828.398.0435
gadavis@environattorney.com

*Attorney for Tennessee Clean Water Network*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Witness List was filed electronically on December 23, 2016, through the Court's Electronic Filing System. Parties may access this filing through the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to the following parties indicated on the electronic filing receipt:

David D. Ayliffe
Tennessee Valley Authority
General Counsel's Office
400 W Summitt Hill Drive
Knoxville, TN 37919
(865) 632-8964
(865) 632-6718 (fax)
ddayliffe@tva.gov

James S. Chase
Tennessee Valley Authority
General Counsel's Office
400 W Summitt Hill Drive
Knoxville, TN 37919
(865) 632-4239
(865) 632-3195 (fax)
jschase@tva.gov

Maria V. Gillen
Tennessee Valley Authority
General Counsel's Office
400 W Summitt Hill Drive
Knoxville, TN 37919
(865) 632-7878
mvgillen@tva.gov

Lane E. McCarty
Tennessee Valley Authority
General Counsel's Office
400 W Summitt Hill Drive
Knoxville, TN 37919
(865) 632-2396
(865) 632-6718 (fax)
lemccarty@tva.gov

*Attorneys for Tennessee Valley Authority*

/s Elizabeth A. Alexander
ELIZABETH A. ALEXANDER