UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TENNESSEE CLEAN WATER NETWORK,
and TENNESSEE SCENIC RIVERS
ASSOCIATION,
Plaintiffs,

v.

TENNESSEE VALLEY AUTHORITY,
Defendant.

No. 3:15-cv-00424
Judge Crenshaw
Magistrate Judge Holmes

### DEFENDANT TVA'S MOTION TO EXCLUDE TESTIMONY AT TRIAL OF ANTHONY DOLLE, ALAN SPARKMAN, DR. CRAIG PHILIP, AND FRANK FISS

Pursuant to Federal Rule of Civil Procedure 37(c)(1) and Local Rule 39(c)(6)(d), Defendant Tennessee Valley Authority ("TVA") moves the Court to exclude all testimony at trial of Anthony Dolle, Alan Sparkman, Dr. Craig E. Philip, and Frank Fiss because Plaintiffs did not make timely Rule 26(a)(1) disclosures for these individuals and because Plaintiffs made no Rule 26(a)(2) expert disclosures for three of the individuals who were disclosed to testify concerning technical or other specialized knowledge within the scope of Federal Rule of Evidence 702.

Plaintiffs' untimely disclosures were delivered to TVA, via email, on December 23, 2016 (approximately five hours before Plaintiffs listed the four individuals on their trial witness list), and for the reasons and upon the authorities set forth in its accompanying brief, TVA respectfully requests that the Court enter an order excluding any testimony by these individuals at the January 30, 2017, trial of this matter.

1

Respectfully submitted,

*s/Lane E. McCarty*
Edwin W. Small (BPR 012347)
Deputy General Counsel
David D. Ayliffe (BPR 024297)
James S. Chase (BPR 020578)
Lane E. McCarty (BPR 028340)
TVA GENERAL COUNSEL'S OFFICE
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.8964
lemccarty@tva.gov

Attorneys for Tennessee Valley Authority

39972227

# CERTIFICATE OF SERVICE

I certify that on December 30, 2016, the foregoing document was filed electronically through the Court's ECF system. Notice of this filing will be sent by operation of the Court's ECF system to counsel for all parties as indicated below. Parties may access this filing through the Court's ECF system.

Delta Ann Davis, Esq.
Elizabeth A. Alexander, Esq.
Anne E. Passino, Esq.
Southern Environmental Law Center
2 Victory Avenue, Suite 500
Nashville, Tennessee 37213
Telephone 615.921.9470
adavis@selctn.org

Frank S. Holleman III, Esq.
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, North Carolina 27516-2356
Telephone 919.967.1450
fholleman@selcnc.org

Jonathan Gendzier, Esq.
Southern Environmental Law Center
103 East Water Street, Suite 201
Charlottesville, Virginia 22902
Telephone 434.977.4090
jgendzier@selcva.org

Shelby Renee Burks Ward, Esq.
Tennessee Clean Water Network
625 Market Street, 8th Floor
Knoxville, Tennessee 37902
Telephone 865.522.7007
shelby@tcwn.org

Gary A. Davis, Esq.
Davis & Whitlock, PC
21 Battery Park Avenue, Suite 206
Asheville, North Carolina 28801
Telephone 828.622.0044
gadavis@enviroattorney.com

           *s/Lane E. McCarty*
           Attorney for Tennessee Valley Authority