UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TENNESSEE CLEAN WATER NETWORK,
and TENNESSEE SCENIC RIVERS
ASSOCIATION,
Plaintiffs,

v.                                                    No. 3:15-cv-00424
                                                      Judge Crenshaw
TENNESSEE VALLEY AUTHORITY,                           Magistrate Judge Holmes
Defendant.

## TVA'S MOTION TO QUASH PLAINTIFFS' PURPORTED TRIAL SUBPOENA FOR A TVA CORPORATE REPRESENTATIVE WITNESS

Pursuant to Federal Rule of Civil Procedure 45 and Local Rule 45.01, Defendant Tennessee Valley Authority ("TVA") respectfully moves the Court to quash the purported Rule 45 trial subpoena issued by Plaintiffs' counsel on January 17, 2017, and directed to an unnamed "TVA corporate representative to testify about surface and ground water, and sediment quality testing conducted by or on behalf of TVA at the Gallatin Plant from April 2010 to present."  (Attach 1, Jan. 17, 2017 TVA Corporate Representative Subpoena ("Subpoena").)

For the following reasons, the Court should quash the Subpoena as improper and invalid on its face:  (1) Federal Rule of Civil Procedure 45 does not authorize "corporate representative" trial subpoenas; (2) it violates Federal Rule of Civil Procedure 37(c)(1) because it is an attempt to add *sub silentio* a new witness to Plaintiffs' witness list (Doc. 159) and/or to avoid the consequences of Plaintiffs' failure to make timely deposition designations; and (3) it fails to comply with the requirements of Federal Rule of Civil Procedure 45.

1

Respectfully submitted,

*s/David D. Ayliffe*
Edwin W. Small (BPR 012347)
Deputy General Counsel
David D. Ayliffe (BPR 024297)
James S. Chase (BPR 020578)
Lane E. McCarty (BPR 028340)
TVA GENERAL COUNSEL'S OFFICE
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.8964
ddayliffe@tva.gov

Attorneys for Tennessee Valley Authority

40995349

# CERTIFICATE OF SERVICE

I certify that on January 18, 2017, the foregoing document was filed electronically through the Court's ECF system.  Notice of this filing will be sent by operation of the Court's ECF system to counsel for all parties as indicated below.  Parties may access this filing through the Court's ECF system.

Delta Ann Davis, Esq.
Elizabeth A. Alexander, Esq.
Anne E. Passino, Esq.
Southern Environmental Law Center
2 Victory Avenue, Suite 500
Nashville, Tennessee 37213
Telephone 615.921.9470
adavis@selctn.org

Frank S. Holleman III, Esq.
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, North Carolina 27516-2356
Telephone 919.967.1450
fholleman@selcnc.org

Jonathan Gendzier, Esq.
Southern Environmental Law Center
103 East Water Street, Suite 201
Charlottesville, Virginia 22902
Telephone 434.977.4090
jgendzier@selcva.org

Shelby Renee Burks Ward, Esq.
Tennessee Clean Water Network
625 Market Street, 8th Floor
Knoxville, Tennessee 37902
Telephone 865.522.7007
shelby@tcwn.org

*s/David D. Ayliffe*
Attorney for Tennessee Valley Authority