UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TENNESSEE CLEAN WATER NETWORK,
and TENNESSEE SCENIC RIVERS
ASSOCIATION,
Plaintiffs,

v.

TENNESSEE VALLEY AUTHORITY,
Defendant.

No. 3:15-CV-00424
Judge Crenshaw
Magistrate Judge Holmes

## TVA'S MOTION TO FILE RESPONSE WITHIN FOURTEEN DAYS OF THE FILING OF PLAINTIFFS' OBJECTIONS TO TVA'S BILL OF COSTS

Defendant Tennessee Valley Authority ("TVA") respectfully moves for leave to file a response to Plaintiffs' Objections to TVA's Bill of Costs, on or before March 28, 2019. This date would be within fourteen days of the filing of Plaintiffs' Objections. TVA filed its Bill of Costs (Doc. 321) and supporting documentation (Docs. 324, 322, and 323) on March 1, 2019. Plaintiffs filed Objections (Doc. 328) to TVA's Bill of Costs on March 14, 2019. The Clerk of Court has not yet assessed taxable costs.

While Local Rule 54.01(a) sets forth the process for filing a bill of costs, for objections thereto, and for the Clerk's consideration and assessment of the costs, the timeframe for responding to objections to a bill of costs is unclear. TVA therefore requests an opportunity to respond to Plaintiffs' Objections to TVA's Bill of Costs and for a date certain—March 28, 2019—upon which to file such a response.[1] TVA also submits that a response to Plaintiffs' Objections will assist the Court in evaluating Plaintiffs' objections as well as TVA's Bill of

---

[1] Plaintiffs previously sought the same relief in this case, having filed a Motion for Leave to Reply in Support of Corrected Motion for an Award of Attorneys' Fees, Expert Witness Fees, and Costs (Doc. 274) and a Motion for Leave to Reply in Further Support of Conservation Groups' Bill of Costs (Doc. 277). The Court granted both motions. (Doc. 278.)

1

Costs. Further, TVA's request is consistent with Local Rule 7.01(a), which permits a party to file a response within fourteen days of a non-dispositive motion.

In sum, TVA requests that this Motion be granted and that TVA be permitted leave to file a response to Plaintiffs' Objections to TVA's Bill of Costs on or before March 28, 2019.

Respectfully submitted,

*s/Lane E. McCarty*
David D. Ayliffe (BPR 024297)
Associate General Counsel
James S. Chase (BPR 020578)
Frances Regina Koho (BPR 029261)
Lane E. McCarty (BPR 028340)
Tennessee Valley Authority
Office of the General Counsel
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1402
Telephone 865.632.2396
lemccarty@tva.gov

Attorneys for Tennessee Valley Authority

87694830

# CERTIFICATE OF SERVICE

I hereby certify that, on March 19, 2019, TVA's Motion to File Response within Fourteen Days to Plaintiffs' Objections to TVA's Bill of Costs was filed electronically through the Court's ECF system. Notice of this filing will be sent by operation of the Court's ECF system to counsel for all parties as indicated below. Parties may access this filing through the Court's ECF system.

Anne E. Passino, Esq.
Amanda Garcia, Esq.
Southern Environmental Law Center
1033 Demonbreun Street, Suite 205
Nashville, Tennessee 37203
Telephone 615.921.9470
apassino@selctn.org
agarcia@selctn.org

Shelby Renee Burks Ward, Esq.
Tennessee Clean Water Network
625 Market Street, 8th Floor
Knoxville, Tennessee 37902
Telephone 865.522.7007
shelby@tcwn.org

Frank S. Holleman III, Esq.
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, North Carolina 27516
Telephone 919.967.1450
fholleman@selcnc.org

Michael S. Kelley, Esq.
Kennerly Montgomery Finely, P.C.
550 Main Street, 4th Floor
Knoxville, Tennessee 37902
Telephone 865.546.7311
mkelley@kmfpc.com

Jonathan Gendzier, Esq.
Southern Environmental Law Center
103 East Water Street, Suite 201
Charlottesville, Virginia 22902
Telephone 434.977.4090
jgendzier@selcva.org

*s/Lane E. McCarty*
Attorney for Tennessee Valley Authority