UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CLEAN WATER ) <br> NETWORK and TENNESSEE SCENIC ) <br> RIVERS ASSOCIATION, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> TENNESSEE VALLEY AUTHORITY, ) <br>  ) <br> Defendant. ) | NO. 3:15-cv-00424 <br> CHIEF JUDGE CRENSHAW |

## ORDER

On March 1, 2019, following the ruling of the Court of Appeals in this case, Defendant filed its Bill of Costs. (Doc. No. 321.) Plaintiffs timely filed Objections on March 14, 2019. (Doc. No. 328.) In response, Defendant has now filed an Amended Bill of Costs for a substantially reduced amount. (See Doc. No. 333-1.) The Clerk **SHALL** docket the Amended Bill of Costs, which was erroneously filed as an exhibit, as a standalone document.

Because Plaintiffs' Objections (Doc. No. 328) related to the original Bill of Costs, they are **DENIED AS MOOT**. Plaintiffs may file objections to the Amended Bill of Costs within the time allowed by the rules. If Plaintiffs do so, they should not incorporate any previous arguments by reference.[1] If no objections are filed, the Amended Bills of Costs will be considered in the normal course.

---

[1] See Judicial Preferences of Chief Judge Waverly Crenshaw, available at https://www.tnmd.uscourts.gov/sites/tnmd/files/JudicialPreferences.pdf ("Counsel should never incorporate legal authority or factual argument from another document, including a prior brief or the brief of another party in the case.")

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE