UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CLEAN WATER NETWORK and TENNESSEE SCENIC RIVERS ASSOCIATION, ) ) ) ) | |
| Plaintiffs, ) ) | NO. 3:15-cv-00424 |
| ) | CHIEF JUDGE CRENSHAW |
| v. ) ) | |
| TENNESSEE VALLEY AUTHORITY, ) ) | |
| Defendant. ) | |

## ORDER

The parties have filed a Joint Status Report (Doc. No. 337) regarding any outstanding matters subsequent to the issuance of the Mandate by the Court of Appeals (Doc. No. 318.) No substantive issues were raised other than the consideration of attorney's fees and costs. Consideration of these issues shall occur in due course. Pursuant to the Mandate of the Court of Appeals, the Judgment of the Court dated August 4, 2017 (Doc. No. 260) granting an injunction to Plaintiffs is hereby **VACATED** and the Complaint is **DISMISSED** with prejudice. The Clerk **SHALL** enter Judgment in favor of Defendant.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE