IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE CLEAN WATER NETWORK and TENNESSEE SCENIC RIVERS ASSOCIATION,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>TENNESSEE VALLEY AUTHORITY,<br><br>　　　　　Defendant. | No. 3:15-cv-00424<br><br>Chief Judge Waverly Crenshaw |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO TVA'S RESPONSE TO PLAINTIFFS' OBJECTIONS TO TVA'S AMENDED BILL OF COSTS (Dkt.345)**

Plaintiffs Tennessee Scenic Rivers Association and Tennessee Clean Water Network (Conservation Groups) move for leave to file a reply of up to fifteen (15) pages to TVA's Response to Plaintiffs' Objections to TVA's Amended Bill of Costs (Dkt.345) on or before May 2, 2019.

On March 1, 2019, Defendant Tennessee Valley Authority (TVA) filed a Bill of Costs seeking $90,993.18 in taxable costs from non-profit Conservation Groups in this Clean Water Act citizen enforcement case. (Dkt.321). After Conservation Groups objected (Dkt.328), this Court granted TVA's motion to respond. (Dkt.331). TVA's response included seven attachments. (Dkt.333). The first attachment appeared to be a new or revised bill of costs, seeking $75,041.73. (Dkt.333-1). On April 2, 2019, this Court ordered docketed TVA's "Amended Bill of Costs, which was erroneously filed as an exhibit, as a standalone document," (Dkt.334), denied as moot Conservation Groups' objections, and stated that Conservation Groups "may file objections to the Amended Bill of Costs within the time allowed by the rules." (*Id.*).

1

Local Rule 54.01 provides a process for filing objections to a bill of costs, and states that "If objections are filed within the 14-day period, the Clerk shall review the objections and make a determination as to whether and in what amount the costs should be taxed." LR 54.01. On April 15, 2019, Conservation Groups submitted objections pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54.01(a) to TVA's Amended Bill of Costs. (Dkt.341).

This Court has "the inherent and statutory authority to act on motions related to costs prior to any action by the clerk." *BDT Prod., Inc. v. Lexmark Int'l, Inc.*, 405 F.3d 415, 418–19 (6th Cir. 2005), *abrogated on other grounds by Taniguchi v. Kan Pac. Saipan, Ltd.*, 566 U.S. 560 (2012). On April 17, 2019, this Court granted TVA's unopposed motion to file a response to objections filed by Conservation Groups. (Dkt.343). On April 25, 2019, TVA filed its response. (Dkt.345). To ensure the Court has the benefit of full briefing on the issues, including Conservation Groups' request for equitable relief from taxation of costs, Conservation Groups request leave to file a reply of up to fifteen (15) pages to TVA's Response to Plaintiffs' Objections to TVA's Amended Bill of Costs (Dkt.345) on or before May 2, 2019.

Counsel for Conservation Groups has conferred with counsel for TVA and TVA does not oppose the relief requested in this Motion. A proposed order accompanies this Motion.

>Respectfully submitted,
>
>s/ Amanda R. Garcia
>Amanda R. Garcia (BPR No. 033773)
>SOUTHERN ENVIRONMENTAL LAW CENTER
>1033 Demonbreun Street, Suite 205
>Nashville, Tennessee 37203
>Telephone: (615) 921-9470
>Facsimile: (615) 921-8011
>agarcia@selctn.org
>*Counsel for Tennessee Scenic Rivers Association*

                                                                                         s/ Michael S. Kelley
                                                    Michael S. Kelley (BPR No. 014378)
KENNERLY, MONTGOMERY & FINLEY, P.C.
550 Main Street, Fourth Floor
Knoxville, Tennessee 37902
Telephone: (865) 546-7311
Facsimile: (865) 524-1773
mkelley@kmfpc.com
*Counsel for Tennessee Clean Water Network*

## CERTIFICATE OF SERVICE

      I hereby certify that Plaintiffs' Unopposed Motion for Leave to File a Reply to TVA's Response to Plaintiffs' Objections to TVA's Amended Bill of Costs was filed electronically on April 26, 2019, through the Court's Electronic Filing System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| David D. Ayliffe<br>Tennessee Valley Authority<br>General Counsel's Office<br>400 W Summit Hill Drive<br>Knoxville, TN 37902<br>(865) 632-8964<br>(865) 632-6718 (fax)<br>ddayliffe@tva.gov | Lane E. McCarty<br>Tennessee Valley Authority<br>General Counsel's Office<br>400 W Summit Hill Drive<br>Knoxville, TN 37902<br>(865) 632-2396<br>(865) 632-6718 (fax)<br>lemccarty@tva.gov |
| James S. Chase<br>Tennessee Valley Authority<br>General Counsel's Office<br>400 W Summit Hill Drive<br>Knoxville, TN 37902<br>(865) 632-4239<br>(865) 632-3195 (fax)<br>jschase@tva.gov | Frances R. Koho<br>Tennessee Valley Authority<br>General Counsel's Office<br>400 W Summit Hill Drive<br>Knoxville, TN 37902<br>(865) 632-2396<br>(865) 632-6718 (fax)<br>frkoho@tva.gov |

*Counsel for Tennessee Valley Authority*

                                                                                                 s/ Amanda R. Garcia
                                                                                                 Amanda R. Garcia